Jimmie COLLINS, Claimant/Appellant,

v.

HARVARD INTERIORS MANUFACTURING CO., Employer/Respondent,

and

Employers Insurance of Wausau, Insurer/Respondent,

and

Treasurer of the State of Missouri as Custodian of the Second Injury Fund, Additional Party/Respondent.

No. 65242.

Missouri Court of Appeals, Eastern District, Division One.

Aug. 9, 1994.

Ray B. Marglous, Clayton, for appellant.

Patricia Kampsen, Kansas City, for employer/respondent and insurer/respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., R. Lucas Boling, Asst. Atty. Gen., Jefferson City, for Second Injury Fund.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

This is an appeal from a final award of the Labor and Industrial Relations Commission affirming, as modified, the award of the Administrative Law Judge under the Workers' Compensation Act. The decision of the Commission is supported by competent and substantial evidence on the whole record. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

---

2. Rule references are to Missouri Rules of Court (1994).

The judgment is affirmed in accordance with Rule 84.16(b).